# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-16-00576-CV

**In re Daniel Garza**

### ORIGINAL PROCEEDING FROM HAYS COUNTY

## M E M O R A N D U M   O P I N I O N

Relator Daniel Garza, an inmate in the Texas Department of Criminal Justice, has filed a pro se petition for writ of mandamus. *See* Tex. Gov't Code § 22.221; *see also* Tex. R. App. P. 52.1. Based on this record, we deny the petition. *See* Tex. R. App. P. 52.8; *see also Walker v. Packer*, 827 S.W.2d 833, 837 (Tex.1992) (relator has burden of providing court with sufficient record to establish right to mandamus relief); Tex. R. App. P. 52.7(a)(1) (relator must file with petition "a certified or sworn copy of every document that is material to the relator's claim for relief and that was filed in any underlying proceeding").

_____

Melissa Goodwin, Justice

Before Chief Justice Rose, Justices Goodwin and Bourland

Filed:   August 31, 2016